UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA M., | ) | CIVIL ACTION NO. 4:22-CV-1268 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MARTIN O'MALLEY, | ) | |
|     Defendant | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Plaintiff's request for further administrative review of her applications for benefits is GRANTED.

(2) This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk of Court is directed to CLOSE this case.

Date: September 26, 2024        BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge